Louis Fruchter, an Infant, by Irving Fruchter, His Guardian ad Litem et al., Appellants, *v.* City of New York et al., Respondents.

Submitted December 2, 1942; decided January 14, 1943.

J. M. *Radin* for appellants.

*William. C. Chanler,* Corporation Counsel (*Edmund H. H. Caddy* and *Paxton Blair* of counsel), for City of New York, respondent.

*H. H. Brown* and *E. C. Sherwood* for Consolidated Edison Company, respondent.

*John W. Trapp* for Sicilian Asphalt Paving Company, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.